# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

UNDRA MARTIN

VERSUS

CAPTAIN DIXON AND STATE OF
LOUISIANA THROUGH LOUISIANA
DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONS LOUISIANA,
STATE PENITENTIARY

NO.   2025 CW 0521

**AUGUST 22, 2025**

---

In Re:    Undra Martin, applying for supervisory writs, 20th
          Judicial District Court, Parish of West Feliciana, No.
          24788.

---

**BEFORE:   THERIOT, PENZATO, AND BALFOUR, JJ.**

   **WRIT GRANTED IN PART WITH ORDER AND DENIED IN PART.** The
district court's May 12, 2025 judgment is silent with regard to an
opportunity for plaintiff to correct the deficiencies raised in
the exceptions granted by the court.  The writ is granted for the
sole purpose of remanding this matter to the district court with
instructions to allow plaintiff an opportunity to amend the
petition and correct such deficiencies.  See La. Code Civ. P. art.
933(B).  The writ is denied in all other respects.

                         MRT
                         AHP
                         KEB

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT